# Court of Appeals
# of the State of Georgia

ATLANTA, August 28, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0155. JAMES BROWN v. PROGRESSIVE INSURANCE.

In this action for breach of contract and related claims, pro se plaintiff James Brown filed this direct appeal from the trial court's order denying his motion to vacate and set aside the court's order opening default , and subsequent denial of his request for a certificate of immediate review. Brown previously filed a direct appeal from the trial court's order opening default, which we dismissed for failure to comply with the interlocutory appeal procedures. See Case No. A24A1778 (decided July 10, 2024). For the same reasons, we lack jurisdiction over this appeal.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." Here, the underlying matter remains pending, and Brown was thus required to obtain a certificate of immediate review from the trial court to appeal the order denying his motion to vacate and set aside the court's order. See OCGA § 5-6-34 (b); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). Brown sought a certificate of immediate review, but the trial court denied his request. And the denial of a request for a certificate of immediate review is not an appealable ruling. *Price v. State*, 237 Ga. 352, 352-353 (2) (227 SE2d 368) (1976).

Pretermitting whether Brown was required to file an application for discretionary appeal, his failure to obtain a certificate of immediate review deprives this Court of jurisdiction over his appeal, which is hereby DISMISSED. See *Bailey*, 266 Ga. at 833.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__08/28/2024_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*